IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANGELENA BROWN,

    Plaintiff,

v.                                       Case No. 1:23-cv-00292-MLG-SCY

MARTIN O'MALLEY,
Commissioner of Social Security,

    Defendant.

## **JUDGMENT**

    Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case. It is ordered that this civil action is dismissed without prejudice.

    It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA